UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

BURTON KRAUS,

       Plaintiff,                        Case No. 2:20-cv-06085-SJF-ST

**NOTICE OF APPEARANCE**

-against-

SNOW TEETH WHITENING LLC d/b/a SNOW ET AL.

       Defendants.

PLEASE TAKE NOTICE that Nicholas A. Danella of the law firm Bradley Arant Boult Cummings LLP gives notice of his appearance as counsel for Robert James Gronkowski in the above-captioned action. Undersigned counsel respectfully request that all pleadings and other papers related to this action be served upon him going forward.

Respectfully submitted this 20th day of January, 2021.

                                      BRADLEY ARANT BOULT CUMMINGS LLP
By: /s/ *Nicholas A. Danella*
Nicholas A. Danella
1819 5th Avenue N.
Birmingham, AL 35203
Tel: 205.521.8000
E-mail: ndanella@bradley.com

   AND

Jason P. Mehta (*pro hac vice* forthcoming)
100 N. Tampa St., Suite 2200
Tampa, FL 33602
Tel: 813.559.5500
E-mail: jmehta@bradley.com
Secondary: dmills@bradley.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 20, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties and counsel of record.

By: /s/ *Nicholas A. Danella*
Nicholas A. Danella

4841-2199-5480.1