# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURTON KRAUS,<br>individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  -against-<br><br>SNOW TEETH WHITENING LLC d/b/a SNOW, FORESOLD LLC d/b/a FORESOLD, JOSHUA ELIZETXE, FLOYD MAYWEATHER, and ROBERT JAMES GRONKOWSKI<br><br>   Defendants. | Case No: 2:20-cv-06085-SJF-ST |

## NOTICE OF APPEARANCE OF J. NOAH HAGEY

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I am admitted to practice in this Court, and I appear in this case as counsel of record for Defendants Snow Teeth Whitening LLC, Foresold LLC, and Joshua Elizetxe. All pleadings, notices, and other papers in this matter should be served upon me as follows:

 J. Noah Hagey, Esq.
 BRAUNHAGEY & BORDEN LLP
 351 California Street, 10th Floor
 San Francisco, CA 94104
 Tel. & Fax: (415) 599-0210
 hagey@braunhagey.com

Dated: January 21, 2021

            Respectfully Submitted,

            By:  /s/ *J. Noah Hagey*
               J. Noah Hagey
            BRAUNHAGEY & BORDEN LLP
            351 California Street, 10th Floor
            San Francisco, CA 94104
            Tel. & Fax: (415) 599-0210
            hagey@braunhagey.com

            *Counsel for Defendants Snow Teeth*
            *Whitening LLC, Foresold LLC, and Joshua*
            *Elizetxe*