UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BURTON KRAUS,                                            :
individually and on behalf of all others similarly situated,   :   Case No. 20-cv-6085-SJF-ST
                                                         :
                               Plaintiff,                :   **AFFIRMATION OF**
                                                         :   **<u>SERVICE</u>**
       -against-                                         :
                                                         :
SNOW TEETH WHITENING LLC d/b/a SNOW,                     :
FORESOLD LLC d/b/a/ FORESOLD, JOSHUA                     :
ELIZETXE, FLOYD MAYWEATHER, and ROBERT                   :
JAMES GRONKOWSKI,                                        :
                                                         :
                               Defendants.               :
------------------------------------------------------------------------X

      I, Adam K. Brody, declare under penalty of perjury that a copy of the attached Scheduling Order has been served by Electronic Mail upon Douglas S. Curran, Esq., counsel of record for Defendants Snow Teeth Whitening LLC d/b/a Snow, Foresold LLC d/b/a Foresold, and Joshua Elizetxe, whose address is: BraunHagey & Borden LLP, 7 Times Square, 27th Floor, New York, NY 10036.

      Pursuant to Fed.R.Civ.P. 5(b)(2)(E), counsel for Defendants Snow Teeth Whitening LLC d/b/a Snow, Foresold LLC d/b/a Foresold, and Joshua Elizetxe, has consented to service by Electronic Mail.

Dated: New York, New York
       February 17, 2021

                                        MINTZ & GOLD LLP

                                        <u>/s/ Adam K. Brody</u>
                                        Adam K. Brody
                                        600 Third Avenue, 25th Floor
                                        New York, NY 10016
                                        Tel: (212) 696-4848
                                        Fax: (212) 696-1231
                                        brody@mintzandgold.com
                                        *Attorneys for Plaintiff*