UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURTON KRAUS,<br>individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  -against-<br><br>SNOW TEETH WHITENING LLC d/b/a SNOW, FORESOLD LLC d/b/a FORESOLD, JOSHUA ELIZETXE, FLOYD MAYWEATHER, and ROBERT JAMES GRONKOWSKI,<br><br>        Defendants. | Case No: 2:20-cv-06085-SJF-ST |

## NOTICE OF APPEARANCE OF J. NOAH HAGEY

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I am admitted to practice in this Court, and I appear in this case as counsel of record for Defendant Floyd Mayweather. All pleadings, notices, and other papers in this matter should be served upon me as follows:

    J. Noah Hagey, Esq.
    BRAUNHAGEY & BORDEN LLP
    351 California Street, 10th Floor
    San Francisco, CA 94104
    Tel. & Fax: (415) 599-0210
    hagey@braunhagey.com

Dated: March 8, 2021

                                              Respectfully Submitted,

                                              By:   /s/ *J. Noah Hagey*
                                                      J. Noah Hagey
                                              BRAUNHAGEY & BORDEN LLP
                                             351 California Street, 10th Floor
                                             San Francisco, CA 94104
                                             Tel. & Fax: (415) 599-0210
                                             hagey@braunhagey.com

                                             *Counsel for Defendants Snow Teeth*
                                             *Whitening LLC, Foresold LLC, Joshua*
                                             *Elizetxe, and Floyd Mayweather*

1