# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

March 12, 2021

**By Letter Motion Via ECF**
Hon. Sandra J. Feuerstein, United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:     Kraus v. Snow Teeth Whitening LLC *et al.*
                No. 2:20-cv-6085-SJF-ST

Dear Judge Feuerstein:

    This firm represents Burton Kraus, the Plaintiff in the above-captioned action. We write pursuant to Rule 1.E. of Your Honor's Individual Rules to request an adjournment of the Telephone Initial Conference, currently scheduled for March 22, 2021 at 10:00 AM.

    We have conferred with counsel for all Defendants, and the following dates are convenient for all parties: Tuesday, March 30, Wednesday, March 31, or Thursday, April 1.

    Accordingly, we respectfully request that Your Honor issue an order adjourning the Telephone Initial Conference to one of the aforementioned dates.

                                            Respectfully submitted,

                                            /s/ Steven G. Mintz

                                            Steven G. Mintz

cc:     All counsel

        *Via ECF*