# B R A U N **HAGEY** & B O R D E N LLP

San Francisco & New York

**Douglas S. Curran, Esq.**
Partner
curran@braunhagey.com

March 12, 2021

**VIA EMAIL & FEDERAL EXPRESS**

Steven G. Mintz
Steven W. Gold
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016
Email: mintz@mintzandgold.com
Email: gold@mintzandgold.com

> **Re:** ***Kraus v. Snow Teeth Whitening LLC, et al.,*** **No: 2:20-cv-06085-SJF-ST (E.D.N.Y.)**

Dear Counsel:

We represent Defendants Floyd Mayweather and Robert Gronkowski in the above-referenced matter. Enclosed herein for service is Mr. Mayweather's and Mr. Gronkowski's Notice of Motion to Dismiss and the supporting Memorandum of Law.

Sincerely,

Douglas S. Curran

Enclosures

CC (by ECF, without enclosures):

The Honorable Sandra J. Feuerstein
United States District Judge

The Honorable Steven Tiscione
United States Magistrate Judge

Jason Mehta, Esq.
Co-Counsel for Robert Gronkowski

**San Francisco**
351 California St., 10th Floor
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210

**New York**
7 Times Square, 27th Floor
New York, NY 10036-6524
Tel. & Fax: (646) 829-9403