# CIVIL CAUSE FOR INITIAL CONFERENCE

**FILED
CLERK**
11:56 am, Mar 22, 2021
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**BEFORE: JUDGE FEUERSTEIN**

DATE: March 22, 2021      TIME: 30 MINUTES

**2:20-cv-06085-SJF-ST**

CASE TITLE:     Kraus v. Snow Teeth Whitening LLC et. al.

PLTFFS ATTY:    Steven Mintz
                 X   present          ___ not present

                 ___ present          ___ not present

DEFTS ATTY:     Jonas Hagey
                 X   present          ___ not present

COURT REPORTER:

COURTROOM DEPUTY: BRYAN MORABITO

 X    CASE CALLED.

 ___  ARGUMENT HEARD / CONT'D TO_____.

OTHER: Opposition to be served by 4/22/2021. Reply and fully briefed motion 5/10/2021. A telephone status conference is scheduled before Judge Feuerstein on 7/12/2021 at 9:00 am. At the designated time, the parties shall call Chambers' teleconferencing number, **(877) 336-1280**, and follow the automated instructions; the access code is: **7215690**