# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 13, 2021 |
| **TIME:** | 11:30 A.M. |
| **DOCKET NUMBER(S):** | CV-20-6085 (SJF) |
| **NAME OF CASE(S):** | **KRAUS V SNOW TEETH WHITENING LLC, ET AL.** |
| **FOR PLAINTIFF(S):** | Brody, Guirguis |
| **FOR DEFENDANT(S):** | Curran, Bordeen, Schektman |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

### RULINGS FROM TELEPHONE CONFERENCE:

Former defendants Robert Gronkowski and Floyd Mayweather have been removed from the Amended Complaint and Plaintiff will submit a stipulation of dismissal with respect to those defendants. Parties will confer and submit a proposed discovery schedule by May 20, 2021.