# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
LON JACOBS
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK***
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
RICHARD M. BRESLOW
BARRY M. KAZAN*
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
ANDREW R. GOTTESMAN
MATTHEW S. SEMINARA
RYAN W. LAWLER*
ADAM K. BRODY
GABRIEL ALTMAN
ANDREW E. STECKLER
ALEX J. OTCHY*
CECE M. COLE
CARLI M. ABERLE

SENIOR COUNSEL
JACK A. HORN
NOREEN E. COSGROVE
TIMOTHY J. QUILL, JR.
JULIA B. MILNE

OF COUNSEL
HONORABLE VITO J. TITONE *(dec.)*
(NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ *(dec.)*
HONORABLE HOWARD MILLER
(NY Appellate Div. 1999-2010 [ret.])
ERIC M. KUTNER
MARC B. SCHLESINGER*
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO⁺

⁺ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

*Also Admitted in New Jersey
**Also Admitted in Florida
***Also Admitted in California

August 12, 2021

**By Letter Via ECF**
Hon. Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Kraus v. Snow Teeth Whitening LLC et al*.
             2:20-cv-6085 (JMA) (ST)

Dear Judge Tiscione:

      We represent Plaintiff Burton Kraus ("Plaintiff") in the above-captioned action. We write with respect to the Initial Settlement Conference scheduled for this Friday, August 13, and to seek the Court's guidance. We sought to confirm that our client would be in attendance as required by Your Honor's rules but learned that Plaintiff is on vacation and will not be able to participate in person. (We are hopeful he will be available by telephone.) There was apparently a miscommunication about the new date of the conference, which had been previously scheduled for July 29. We are also unsure if Defendants plan on attending this Friday, especially in light of Defendants' settlement offer. We are also unsure if the Court wishes to proceed with the conference in light of the substantial difference between the parties' positions and disputes about the sufficiency of Defendants' document production. We have, this morning, simultaneously with this letter, filed a letter motion to compel.

MINTZ & GOLD LLP
ATTORNEYS AT LAW

Hon. Steven L. Tiscione
August 12, 2021
Page 2

      The in-person conference also creates obstacles for some members of our team in light of the most recent state of the pandemic.  We would welcome a telephonic conference on the parties' discovery disputes and the status of settlement.  Alternatively, some of Plaintiff's counsel will be able to attend the settlement conference in person this Friday with our client hopefully available telephonically.  In any event, the undersigned will be able to attend the conference in person.  We respectfully request the Court's guidance in this matter.

                                          Respectfully submitted,

                                          /s/ Steven G. Mintz
                                          Steven G. Mintz

cc:      Counsel of record

           *Via ECF*