# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

BURTON KRAUS,

    Plaintiff,

-against-

SNOW TEETH WHITENING LLC d/b/a SNOW ET AL.

    Defendants.

Case No. 2:20-cv-06085-SJF-ST

**MOTION TO WITHDRAW**

The undersigned counsel, Nicholas A. Danella, hereby moves to withdraw as counsel for Defendant, Robert James Gronkowski. As grounds for his withdrawal, Mr. Danella states he will no longer be employed with Bradley Arant Boult Cummings, LLC. The Defendant will continue to be represented by Jason P. Mehta of Bradley Arant Boult Cummings.

WHEREFORE, the undersigned counsel respectfully requests this Court to permit him to withdraw as counsel of record for Defendant, Robert James Gronkowski.

Respectfully submitted this 18th day of August, 2021.

    BRADLEY ARANT BOULT CUMMINGS LLP
    By: /s/ *Nicholas A. Danella*
    Nicholas A. Danella
    1819 5th Avenue N.
    Birmingham, AL 35203
    Tel: 205.521.8000
    E-mail: ndanella@bradley.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 18, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties and counsel of record.

By: /s/ *Nicholas A. Danella*
Nicholas A. Danella
